<pre>
                    UNITED STATES DISTRICT COURT FOR THE
                         DISTRICT OF NEW HAMPSHIRE
</pre>

<u>United States of America</u>

       v.                            Criminal No. 09-cr-47-01-JL

<u>Tammy Fowler</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                                _____
                                                                Joseph N. Laplante
                                                                United States District Judge

Date:  April 27, 2009

cc:  Richard H. Hubbard, Esq.
     Donald A. Feith, AUSA
     U.S. Marshal
     U.S. Probation